703 A.2d 268

IN THE MATTER OF H. MICHAEL ZUKOWSKI,
AN ATTORNEY AT LAW.

November 13, 1997.

### ORDER

The Disciplinary Review Board having filed a report with the Court on July 3, 1997, recommending that **H. MICHAEL ZU-KOWSKI** of **TITUSVILLE, FLORIDA,** who was admitted to the bar of this State in 1980, be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that **H. MICHAEL ZUKOWSKI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.